**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **GABRIEL FRANCISCO BERMUDEZ PEREZ,** | § § § § § | |
| **Petitioner,** | § § § | |
| **v.** | § § | **CASE NO. 6:26-CV-221-ADA-DNM** |
| **DAVERY MOONEYHAM in his official capacity as Warden of the Limestone County Detention Center, BRET BRADFORD in his official capacity as Field Office Director of ICE Enforcement and Removal Operations Houston Field Office, MARKWAYNE MULLIN in his official capacity as Secretary of the Department of Homeland Security, and PAM BONDI in her official capacity as United States Attorney General,** | § § § § § § § § § § § § § | |
| **Respondents.** | § | |

## ORDER FOR SERVICE

Petitioner Gabriel Francisco Bermudez Perez challenges his custody through a Petition for a Writ of Habeas Corpus under United States Code Title 28, Section 2241. Dkt. No. 1. His petition raises issues which require Respondents, through their counsel, to show cause as to why the Court should not grant the relief that Bermudez Perez seeks. 28 U.S.C. § 2243. Accordingly, the Court **ORDERS** that the Clerk shall serve copies of the Petition and this Order upon the Respondents through their counsel, the United States Attorney for the Western District of Texas.

The Court further **ORDERS** that the Respondents shall show cause within three days of the entry of this Order. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days following the date of service to respond, as Section 2243 provides.

**SIGNED** this 7th day of April, 2026.

DAN N. MACLEMORE
UNITED STATES MAGISTRATE JUDGE